**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEROY J. FRYER,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL PARAMO (Warden),<br><br>        Respondent. | No. LA CV 14-04118-VBF(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, all records on file, and the R&R. The Court has reviewed de novo those portions of the R&R to which specific objections have been made.

Petitioner's objection **[Doc #15] is OVERRULED**.

The Report and Recommendation **[Doc #14] is ADOPTED**.

The habeas corpus petition **[Doc #1]** is **DENIED**.

The action is **DISMISSED** with prejudice. As required by Fed. R. Civ. P. 58(a), final judgment will be issued by separate document.

DATED: October 28, 2014

                                              VALERIE BAKER FAIRBANK
                                              United States District Judge