# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY J. FRYER, | No. LA CV 14-04118-VBF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DANIEL PARAMO (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent and against the petitioner.**

DATED: October 28, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge